IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN L WOODWARD, | |
| Plaintiff, | **8:19CV433** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER** |
| Defendant. | |

This matter comes before the Court on the Stipulation for Dismissal of this case without prejudice (Filing No. 10). The Court being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice, with each party to bear its own costs.

Dated this 4th day of February, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge